**PHILLIPS & FLECKENSTEIN**
Keith L. Phillips, Trustee
311 South Boulevard, 2nd Floor
Richmond, Virginia 23220
(804) 358-9400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: REBECCA SCOTT ORPIANO, | Case No. 09-33062-DOT |
| Debtor. | Chapter 7 |

**ORDER APPROVING EMPLOYMENT OF KUTAK ROCK LLP**

This matter comes before the Court upon the *Application to Employ Kutak Rock LLP* (the "Application") filed by Keith L. Phillips, Trustee for the Bankruptcy Estate of Rebecca Scott Orpiano, pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure, and

It appearing that the Trustee requires counsel to represent him in connection with his duty to administer the bankruptcy estate, that the Trustee seeks to employ Kutak Rock based on its experience and expertise in handling bankruptcy matters, and that good cause exists to grant the relief herein, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is hereby approved.

2. The employment of Kutak Rock as counsel for the estate is hereby approved.

3. Kutak Rock shall be compensated in accordance with 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the approval of the Court.

4. No further service of this Order is required because all necessary parties shall receive service via the Court's ECF system.

DATED: _____

_____
UNITED STATES BANKRUPTCY COURT JUDGE

I ask for this:

/s/ Keith L. Phillips
**PHILLIPS & FLECKENSTEIN**
Keith L. Phillips, Trustee
311 South Boulevard, 2nd Floor
Richmond, Virginia 23220
(804) 358-9400

Seen and no objection:

/s/ Robert B. Van Arsdale (email 6/23/10)
Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 E. Broad Street
Richmond, Virginia 23219

**CERTIFICATION OF ENDORSEMENT**

Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that all necessary parties have endorsed this Order.

/s/ Keith L. Phillips
Trustee